| | |
|---|---|
| 1 | Melissa Newel (#148563) |
| 2 | NEWEL LAW |
|   | 2625 Alcatraz Ave., Suite 132 |
| 3 | Berkeley, CA  94705 |
|   | (510) 316-3827 |
| 4 | mnewel@newellawfirm.com |
| 5 | Attorney for Plaintiff |
| 6 | RAE D. DENNY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAE D. DENNY, | No. 1:24-CV-01438 (GSA) |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR BRIEFING EXTENSION; ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On November 22, 2024, Plaintiff Rae D. Denny filed the instant civil action for judicial review of the defendant Commissioner of Social Security's decision denying her application for Social Security disability benefits. (ECF Doc. 1) The Defendant responded to Plaintiff's Complaint on January 30, 2025. (ECF Doc. 10) Plaintiff's motion for summary judgment is currently due to be filed on or before March 3, 2025.

Pursuant to this Court's Scheduling Order, Plaintiff seeks an extension of thirty (30) days to file her motion. (ECF Doc. 5 at p. 3:20-21) This is Plaintiff's first request for an extension of

time. Plaintiff's counsel seeks the extension to effectively advocate for Ms. Denny. Plaintiff's counsel has conflicting briefing deadlines in other matters and, because Plaintiff's counsel was not involved at the administrative level, a close review of the administrative record concerning Plaintiff's medical issues and vocational background is necessary and required. *See, Costa v. Comm'r. of Soc. Sec. Admin*., 690 F.3d 1132, 1134 at n.1 (9th Cir. 2021) [noting "social security disability cases are often highly fact-intensive and require careful review of the administrative record, including complex medical evidence."]. The defendant has no objection to the requested extension.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
| Dated: February 24, 2025 |  | NEWEL LAW |
|  | By: | *Melissa Newel* |
|  |  | Melissa Newel |
|  |  | Attorney for Plaintiff |
|  |  | RAE D. DENNY |
| Dated: February 24, 2025 |  | MICHELE BECKWITH |
|  |  | Acting United States Attorney |
|  |  | MATTHEW W. PILE |
|  |  | Associate General Counsel |
|  |  | Office of Program Litigation, Office 7 |
|  | By: | *Justin L. Martin*\* |
|  |  | JUSTIN L. MARTIN |
|  |  | Special Assistant United States Attorney |
|  |  | Attorney for Defendant |
|  |  | (\*authorized by email on 2/24/25) |

**ORDER**

As stipulated, Plaintiff is granted a 30-day extension to and including **April 2, 2025** to file a motion for summary judgment

IT IS SO ORDERED.

Dated:   **February 25, 2025**          /s/ Gary S. Austin
                                                UNITED STATES MAGISTRATE JUDGE