UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAE D. DENNY,

        Plaintiff,

    v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

No.  1:24-CV-01438 (GSA)

**ORDER OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT**

    As stipulated, this action is remanded to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

    The Clerk shall enter judgment in favor of Plaintiff, against Defendant.

IT IS SO ORDERED.

Dated:  __April 29, 2025__        _____**/s/ Gary S. Austin**_____
                                    UNITED STATES MAGISTRATE JUDGE