UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAE D. DENNY, | No.  1:24-CV-01438 (GSA) |
| Plaintiff, | |
| v. | **ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d))** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

As stipulated (ECF No. 19), IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), attorney fees in the amount of seven thousand nine hundred and eighty-three dollars and thirty-three cents ($7,983.33) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  __June 28, 2025__          _____/s/ Gary S. Austin__
                                                    UNITED STATES MAGISTRATE JUDGE